# CLERK'S MINUTE SHEET

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance Revocation Proceedings Rule 32

| | | | |
|---|---|---|---|
| Case Number: | 1:23mj581-RPM | UNITED STATES vs. **Rosen** | |
| Hearing Date: | 7/5/2023 | Time In and Out: | 10:00 AM to 10:08 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Alex Rosen** | Defendant's Counsel: | Lauren Hillery |
| AUSA: | Lee Smith | Pretrial/Probation: | Justin Crowe |
| Interpreter: | N/A | DUSM(s): | Bill Markopoulos/Justun Patrick |
| CSO: | Stanley Vance | | |

**PROCEEDINGS**

| | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant signed a Waiver of Rule 32.1 Hearing. Defendant requests those hearings in the charging district. |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Remanded to the custody of the U.S. Marshals Service for transport to the charging district. | |

**Other**

| | |
|---|---|
| ☒ | Commitment to Another District entered. |